**Motions Granted; Appeals Dismissed and Memorandum Opinion filed November 20, 2018**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00614-CR
## NO. 14-18-00615-CR
## NO. 14-18-00616-CR
## NO. 14-18-00617-CR

---

## EX PARTE KENISHIA SHANELL HILL

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 16-CR-1747-83-1, 16-CR-1748-83-1, 16-CR-1749-83-1, and 16-CR-1750-83-1**

---

## M E M O R A N D U M   O P I N I O N

Appellant has signed and filed a written motion to dismiss her appeal in each of the underlying matters. Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeals.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell

Do Not Publish – Tex. R. App. P. 47.2(b)